## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
   **Plaintiff,**

**vs.**             **No. 2:25-cr-20263**

**DEMARIO WILKES**
   **Defendant.**

## MOTION TO STAY

**COMES NOW** the Defendant, Demario Wilkes, by and through undersigned counsel, and moves this Court to stay the proceedings in the above-captioned matter. Currently pending before the Supreme Court of the United States is a case that will clarify the law regarding § 922(g)(3) cases.

Specifically, the Defendant requests a stay until the SCOTUS announces its ruling in the case *United States v. Hemani*, No. 24-1234. The Supreme Court has granted certiorari in the *Hemani* case to decide the question of whether 18 U.S.C. § 922(g)(3), a federal statute which prohibits the possession of a firearm by an individual who "is an unlawful user of or addicted to a controlled substance," comports with the Second Amendment of the United States Constitution. The Supreme Court is set to hear oral arguments on the *Hemani* matter in February, with its final ruling anticipated in August of next year.

The decision in *Hemani* will have great implications for the outcome of the present matter. Defendant Wilkes faces a three-count indictment of violating 18 U.S.C. § 922(g)(3). Should the United States Supreme Court determine that said statute is in violation of the Second Amendment to the Constitution of the United States, said ruling could potentially dispose of this case.

Recognizing that the *Hemani* case is yet to be argued and decided, the Defendant expressly waives the time limits guaranteed and laid out via statute in 18 U.S.C. § 3161-3174, the Speedy Trial Act. Counsel for the Defendant has already conferred with representatives for the government, who object to this motion and wish to appeal the issue.

For the forestated reasons, the Defendant and his counsel respectfully request that this Court grant his motion to stay proceedings until the Supreme Court has issued its final judgment in the *Hemani* matter.

Respectfully submitted,



Ferguson McNeil Law Firm, P.A.
REPRESENT

Memphis, Tennessee 38103
(901) 529-6400


/s/ Claiborne H. Ferguson
Claiborne H. Ferguson (BPR 20457)
Attorney for Defendant
294 Washington Avenue
Memphis, TN 38103
(901) 529-6400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16 day of December, 2025, I served a true and accurate copy of the foregoing upon the person(s) listed below by the following methods of service:

[          ] Depositing it in the U.S. Mail, first-class postage prepaid, and properly addressed.
[          ] Hand Delivery
[          ] Fascimile Transmission
[XXX     ] Electronic Transmission-PACER

U. S. Attorney's Office
Assistant U.S. Attorney
167 N. Main, Suite 800
Memphis, TN 38103

<u>/s/ Claiborne H. Ferguson</u>