### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    **CR. No. 25-CR-20263-MSN** |
| **v.** | ) |
| | ) |
| **DEMARIO WILKES** | ) |
| | ) |
| **Defendant.** | ) |

---

### MOTION TO DISMISS INDICTMENT

---

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney, and Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment in case **25-CR-20263-MSN** against Demario Wilkes.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:    s/ Raney Irwin
Raney Irwin
Assistant United States
Attorney 167 N. Main, Suite
800 Memphis, TN 38103
Telephone: (901) 544-4231

## **CERTIFICATE OF SERVICE**

I, Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion has been filed via the District Court's electronic case filing system.

This ____ day of July, 2026.

 s/ Raney Irwin
Raney Irwin
Assistant United States
Attorney